UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BARRY WAYNE ADAMS,

       Petitioner,

v.

UNKNOWN PARTY,

       Respondent.

_____/

Case No. 1:18-cv-595

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for lack of subject matter jurisdiction.

Dated: June 19, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge